USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

**Federal Defenders**
OF NEW YORK, INC.

52 Duane S[...]

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 12, 2021

**By ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>**United States v. Willie King**</u>
      **21 CR 437 (AT)**

Dear Judge Torres:

  I write, with the consent of the government, to request a 30-day adjournment of the sentencing hearing in the above captioned matter currently scheduled for November 2, 2021. An adjournment is needed for the preparation of Mr. King's sentencing submission presently due on October 19, 2021. In addition, I will be out of the country and unavailable to appear before the Court on November 2, 2021.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

GRANTED. The sentencing scheduled for November 2, 2021, is ADJOURNED to **December 2, 2021**, at **2:00 p.m.** Defendant shall submit his sentencing submission by **November 16, 2021**. The Government shall submit its sentencing submission by **November 23, 2021**.

SO ORDERED.

Date: October 12, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge